## 1
**Robert H. LUCAS, Collector of Internal Revenue for the District of Kentucky, v. OWENSBORO DITCHER & GRADER COMPANY.**

Circuit Court of Appeals, Sixth Circuit.
December 7, 1927.

No. 4984.

Appeal from the District Court of the United States for the Western District of Kentucky; Charles I. Dawson, Judge.

Thomas J. Sparks, U. S. Atty., of Louisville, Ky., for appellant.

Sandidge & Sandidge, of Owensboro, Ky., for appellee.

PER CURIAM. Dismissed pursuant to motion of counsel for appellant.

## 2
**Morris LUSTIG, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

Circuit Court of Appeals, Second Circuit.
December 5, 1927.

No. 29.

In Error to the District Court of the United States for. the Southern District of New York.

Alexander Wolf, of New York City (William J. Millard, of New York City, of counsel), for plaintiff in error.

Charles H. Tuttle, U. S. Atty., of New York City (Robert B. Watts, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Judgment affirmed.

## 3
**William MANN v. UNITED STATES.**

Circuit Court of Appeals, Sixth Circuit.
November 8, 1927.

No. 5053.

In Error to the District Court of the United States for the Western District of Michigan; Clarence W. Sessions, Judge.

Rolland J. Cleland, of Grand Rapids, Mich., for plaintiff in error.

Edward J. Bowman, U. S. Atty., of Grand Rapids, Mich.

PER CURIAM. Docketed and dismissed, pursuant to motion of counsel for defendant in error.

## 4
**Arthur R. MARTIN, Libelant-Appellant, v. UNITED STATES, Respondent-Appellee.**

**Addie M. MARTIN, Libelant-Appellant, v. UNITED STATES, Respondent-Appellee.**

Circuit Court of Appeals, Second Circuit.
November 14, 1927.

Nos. 42, 43.

Appeals from the District Court of the United States for the Southern District of New York.

James G. Graham, of New York City (John G. Poore, of New York City, of counsel), for appellants.

Charles H. Tuttle, U. S. Atty., of New York City (Edwin H. Mead, of New York City, of counsel), for the United States.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decrees affirmed, with costs.

## 5
**Herman W. MELLING v. GORDON FORM LATHE COMPANY.**

Circuit Court of Appeals, Sixth Circuit.
November 8, 1927.

No. 4938.

Appeal from the District Court of the United States for the Northern District of Ohio; D. C. Westenhaver, Judge.

For opinion below, see 14 F.(2d) 437.

Chappell & Earl, of Kalamazoo, Mich., and Hull, Brock & West, of Cleveland, Ohio, for appellant.

Bottum, Hudnall, Lecher & McNamara, of Milwaukee, Wis., and Richey & Watts, of Cleveland, Ohio, for appellee.

PER CURIAM. Dismissed pursuant to stipulation of counsel.